IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

Civil Action No. _____ **05 - CV - 02003**-_cfs_

(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)

OCT 13 2005

GREGORY C. LANGHAM
CLERK

DWAYNE TAYLOR,

     Applicant,

v.

GARY WATKINS, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

     Respondents.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION

---

Applicant Dwayne Taylor has submitted a Motion for Appointment of Counsel to

Writ of Habeas Corpus and an Application for a Writ of Habeas Corpus Pursuant to 28

U.S.C. § 2254. The application is in proper form. Therefore, the clerk of the court will

be directed to commence a civil action. Applicant also has tendered the $5.00 filing

fee. The clerk of the court will be directed to mail to the applicant, together with a copy

of this order, a receipt for full payment of the $5.00 filing fee. Accordingly, it is

     ORDERED that the clerk of the court commence this civil action. It is

     FURTHER ORDERED that the clerk of the court mail to the applicant, together

with a copy of this order, a receipt for full payment of the $5.00 filing fee. It is

FURTHER ORDERED that process shall not issue until further order of the court.

DATED at Denver, Colorado, this __13__ day of ___October___, 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO


**CERTIFICATE OF MAILING**


Civil Action No. **05 - CV - 02003**-O&S

Dwayne Taylor
Reg. No. 112747
FCF
P.O. Box 999
Canon City, CO 81215

      I hereby certify that I have mailed a copy of the **ORDER and a copy of the receipt for full payment of filing fee** to the above-named individuals on___*10-13-05*___


GREGORY C. LANGHAM, CLERK

By:_____
                        Deputy Clerk