**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No. 05-cv-02003-REB-MEH

DWAYNE TAYLOR,

Applicant,

v.

GARY WATKINS, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

Respondents.

---

**ORDER ADOPTING RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

---

**Blackburn, J.**

The matter before me is the magistrate judge's **Recommendation For Dismissal** [#14], filed December 15, 2006. No objections having been filed to the recommendation, I review it only for plain error. ***See Morales-Fernandez v. Immigration & Naturalization Service***, 418 F.3d 1116, 1122 (10th Cir. 2005).[1] Finding no such error in the magistrate judge's recommended disposition, I find and conclude that the recommendation should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the magistrate judge's **Recommendation For Dismissal** [#14], filed December 15, 2006, is **APPROVED AND ADOPTED** as an order of this court;

2. That applicant's **Application For a Writ of Habeas Corpus Pursuant to 28**

---

[1] This standard pertains even though applicant is proceeding *pro se*. ***Morales-Fernandez***, 418 F.3d at 1122.

**U.S.C. § 2254** [#2], filed October 13, 2005, is **DENIED**; and

3. That applicant's claims in this lawsuit are **DISMISSED WITH PREJUDICE**.

Dated January 19, 2007, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**